FILED
JUN 18 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| SAMIRA KAADY, et al., | ) | |
| | ) | Civil No. 06-1269-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| CITY OF SANDY, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the stipulation of the parties,

IT IS ORDERED that Defendants City of Sandy and Bergin's Motion for Dismissal and for Entry of FRCP 54(b) Judgment [175-1] is GRANTED. Defendants City of Sandy and William Bergin are DISMISSED with prejudice and without costs. Upon entry of judgment, any future filings shall reflect the revised case caption Kaady, et al. v. Clackamas County, et al.

Dated this 18th day of June, 2009.

by _____
Paul Papak
United States Magistrate Judge